IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANK JULIUS SKAGGS,
    Petitioner,

vs.                                      Case No.   3:12cv34/RV/CJK

DAVID MORGAN,
    Respondent.

_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 31, 2012. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.      The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 1) is DISMISSED without prejudice.

    3.      The clerk is directed to close the file.

DONE AND ORDERED this 2nd day of March, 2012.

                /s/ *Roger Vinson*
                ROGER VINSON
                SENIOR UNITED STATES DISTRICT JUDGE